No. 17–0287/NA. U.S. v. Andrew A. Sholtes. CCA 201500230. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to April 20, 2017.

No. 17–0342/AR. U.S. v. Thomas D. Rodgers. CCA 20150706. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 1, 2017.

Wednesday, April 12, 2017

No. 17–0310/AF. Joshua Katso, Petitioner v. Christopher F. Burne, Lieutenant General, United States Air Force, in his official capacity as Judge Advocate General of the United States Air Force, and Katherine E. Oler, Colonel, United States Air Force, in her official capacity as Chief of the United States Air Force Government Trial and Appellate Counsel Division, Respondents. CCA 38005. On consideration of the petition for extraordinary relief in the nature of a petition for writ of prohibition, it is ordered that said petition is hereby denied.

No. 16–0712/AR. U.S. v. James G. Donohue. CCA 20140124. Appellant's motion for leave to file a petition for reconsideration out of time of this Court's order issued October 28, 2016 is hereby denied.

No. 17–0162/NA. U.S. v. Keith E. Barry. CCA 201500064. Appellant's motion for leave to file issues pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A 1982), is granted.

No. 17–0199/AF. U.S. v. Ricky D. Chisum, Jr. CCA S32311. On consideration of the motion filed by Protect Our Defenders to file an *amicus curiae* brief out of time in support of the petition, it is ordered that said motion is hereby granted.